UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

: DISTRICT NO. 17-CR-181

:

v.

: ORDER

JOSE ANGEL CUEVAS

:

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this  12th  day of  September , 2015,

ORDERED that <u>JOHN YAUCH</u> from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
KATHARINE S. HAYDEN
United States District Judge